Wm. Vollbracht and Roy W. Vollbracht, Trading as Wm. Vollbracht Company, Appellants, v. William Renken et al., Trading as Renken Bros., Appellees.

Gen. No. 9,256.

opinion filed February 25, 1941. Richard F. Scholz, for appellants; Lancaster & Nichols, for appellees. Opinion by PRESIDING JUSTICE FULTON. ''Not to be published in full.''